

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840**

**Order Filed on July 15, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

  DAVID E ROMAN

**Case No.:  26-14191MEH**

**Hearing Date:  7/15/2026**

**Judge:  MARK E. HALL**

### INTERIM ORDER ON CONFIRMATION HEARING

   The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: July 15, 2026**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

Case No.:  26-14191MEH

Caption of Order:     INTERIM ORDER ON CONFIRMATION HEARING

_____

THIS MATTER having been scheduled before the Court on 07/15/2026 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must provide the Trustee with a copy of the filed amended Federal 2025 tax returns to correct filing status to married filing separately by 8/5/2026 or the case will be dismissed with no further hearing or notice to Debtor(s) or Debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 8/19/2026 at 9:45 AM.