**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**

**Order Filed on August 19, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

IN RE:
DAVID E ROMAN

**Case No.: 26-14191MEH**

**Hearing Date: 8/19/2026**

**Judge: MARK E. HALL**

**INTERIM ORDER ON CONFIRMATION HEARING**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: August 19, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor(s): DAVID E ROMAN

Case No.: 26-14191MEH

Caption of Order: INTERIM ORDER ON CONFIRMATION HEARING

---

THIS MATTER having been scheduled before the Court on 08/19/2026 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must file an amended Schedule I/J and certification from the Debtor explaining financing terms and confirming that Debtor is not personally obligated; explaining the circumstances of how vehicle was totaled, including whether Debtor now has a tort claim of any kind related to the accident; and to clarify the terms for the Acadia by 9/2/2026 or the case will be dismissed; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 9/16/2026 at 9:45 AM.