Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 26−14191−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
David E Roman
aka David Eduardo Roman−Salazar
50 Davis Avenue
Dover, NJ 07801

Social Security No.:
xxx−xx−8500

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 18, 2026.

Dated: September 18, 2026
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:
David E Roman
Debtor

Case No. 26-14191-MEH
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 2

Date Rcvd: Sep 18, 2026 | Form ID: plncf13 | Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David E Roman, 50 Davis Avenue, Dover, NJ 07801-2622 |
| 521074592 | | Citizens Bank NA, Attn: Bankruptcy One Citizens Plaza, Providence, RI 02903 |
| 521074595 | + | Gina Roman, 50 Davis Avenue, Dover, NJ 07801-2622 |
| 521074597 | | State of New Jersey, Dept of Labor & Workforce Accounts, PO box 2672, New Brunswick, NJ 08903-2672 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 18 2026 21:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 18 2026 21:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521074588 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 18 2026 21:17:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 521248575 | | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Sep 18 2026 21:18:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 521077032 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 18 2026 21:17:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 521074589 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 18 2026 21:23:13 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521090809 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 18 2026 21:23:06 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521074590 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 18 2026 21:22:44 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521249079 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2026 21:23:05 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 521074591 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2026 21:22:49 | Citibank/Best Buy, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 521074593 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2026 21:22:49 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 521074596 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2026 21:23:18 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 521074594 | + | Email/Text: dplbk@discover.com | Sep 18 2026 21:19:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 521224329 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 18 2026 21:19:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521200340 | + | Email/Text: RASEBN@raslg.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 18 2026 21:18:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 521257192 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2026 21:23:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521264480 | | Email/Text: bnc-quantum@quantum3group.com | Sep 18 2026 21:19:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521074598 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 18 2026 21:22:44 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 521074599 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 18 2026 21:18:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 22171, Tempe, AZ 85285-2171 |
| 521261093 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 18 2026 21:18:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 521074600 | | Email/Text: bankruptcy@uwm.com | Sep 18 2026 21:18:00 | United Wholesale Mortgage, Attn: Bankruptcy, 585 South Boulevard East, Pontiac, MI 48341 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor UNITED WHOLESALE MORTGAGE LLC. bkgroup@kmllawgroup.com |
| Scott D. Sherman | on behalf of Debtor David E Roman ssherman@minionsherman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4